UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | | |
| | : | CASE NO. 25-20163 [JJT] |
| LIZETTE SYMES | : | CHAPTER 7 |
| Movant | : | |
| v. | | |
| CAVELRY SPV I, LLC | : | |
| BRISTOL HOSPITAL | : | |
| LVNV FUNDING | : | |
| Respondent | : | |
| BONNIE C. MANGAN<br>Chapter 7 Trustee | : | AUGUST 31, 2026 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

Lizette Symes (the "Movant") has filed a Motion to Avoid Judicial Lien (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than September 28, 2026. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see* 11 U.S.C. § 102(1).

Dated: September 8, 2026

/s/Andrea M. O'Connor
Andrea M. O'Connor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | | |
| | : | CASE NO. 25-20163 [JJT] |
| LIZETTE SYMES | : | CHAPTER 7 |
| Movant | : | |
| v. | | |
| CAVELRY SPV I, LLC | : | |
| BRISTOL HOSPITAL | : | |
| LVNV FUNDING | : | |
| Respondent | : | |
| BONNIE C. MANGAN<br>Chapter 7 Trustee | : | AUGUST 31, 2026 |

**MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)**
**RE: 16 CRYSTAL BROOK ROAD, WOLCOTT, CONNECTICUT 06716**

Movant, LIZETTE SYMES, respectfully moves this Court to avoid certain judicial liens placed by CAVALRY SPV I, LLC, BRISTOL HOSPITAL, and LVNV FUNDING LLC pursuant to 11 U.S.C. Section 522 (f) insofar as it applies to the Movant's fifty percent (50%) interest in real estate located at 16 Crystal Brook Road, Wolcott, Connecticut 06716 ("the property"). In support of this Motion, the Movant represents as follows:

1. The Movant herein filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on February 21, 2025 ("the petition date"). On June 26, 2025 the case was closed (ECF No. 18). On August 31, 2026, the Debtor filed a Motion to Reopen the case for the limited purpose of processing this Motion.

2. The Movant brings this motion pursuant to 11 U.S.C. Section 522 (f) and Bankruptcy Rule 4003(d) to avoid the judgment liens of Respondent, Cavalry SPV I, LLC, Bristol Hospital, and LVNV Funding, LLC, as hereinafter set forth.

3. On the petition date, the Movant, Lizette Symes, was the fifty percent (50%) record owner of the property located at 16 Crystal Brook Road, Wolcott, Connecticut 06716, and said property was the personal residence of her non filing spouse ("Property"), pursuant to a Warranty Deed dated February 21, 2020.

4. The Property was occupied at all relevant times, including the Petition Date, by the Debtor or her husband, Drew Symes.

5. On February 21, 2025, the following encumbrances were recorded on the Wolcott Land Records against the Property:[1]

   a. A Memorandum of Unison Homebuyer Agreement from Drew M. Symes and Lizette Symes to Unison Agreement Corp. in the original principal amount of $69,150.00 dated February 20, 2020 and recorded on February 24, 2020 in Volume 517 Page 163 of the Wolcott Land Records. Said Agreement was subordinated by instrument dated February 20, 2020 and recorded in Volume 517 at Page 169 of the Wolcott Land Records. Said Agreement was further subordinated to Valley National Bank by instrument dated February 20, 2020 and recorded on February 24, 2020 in Volume 517 at Page 179 of the Wolcott Land Records. Said Agreement was subsequently assigned by Unison Agreement Corp to Unison Midgrad Holdings, LLC by instrument dated August 3, 2023 and recorded in Volume 557 at Page 996 of the Wolcott Land Records. The amount of the secured claim of said Agreement as of February 21, 2025 was $129,225.00.

---

[1]As of February 21, 2025, the Debtor's non-filing spouse also had judgment liens against him and in favor of American Express National Bank in the amount of $32,280.85 and Discover Bank in the amount of $53,522.37. The Debtor is not seeking to avoid the Judgment Liens of American Express National Bank or Discover Bank in this Motion.

b. An Open-End Mortgage from Drew Mitchel Symes and Lizette Symes, to Valley National Bank ("VNB"), in the original principal amount of $368,800.00 dated February 21, 2020 and recorded on February 24, 2020 in Volume 517 at Page 151 of the Wolcott Land Records. The amount of the secured claim of said Open-End Mortgage as of February 21, 2025 was $328,187.15.

c. A Judgment against Lizette Symes in favor of Cavalry SPV I, LLC in the original principal amount of $7,461.05 dated October 10, 2023 and recorded on October 16, 2023 in Volume 559 at Page 570 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025 was $7,461.05.

d. A Judgment Lien against Drew Symes and Lizette Symes in favor of Bristol Hospital in the original principal amount of $943.30 dated November 8, 2023, and recorded on November 14, 2023, in Volume 560 at Page 239 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025, was $943.30.

e. A Judgment Lien against Lizette Symes in favor of LVNV Funding, LLC in the original principal amount of $4,202.59 in costs dated July 24, 2024, and recorded on August 12, 2024 in Volume 566 at Page 33 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025, was $4,202.59.

6. On Schedule A/B of her Bankruptcy Schedules, the Debtor stated that the value of the Property was $450,000 as of the Petition Date. *See* ECF No. 1, Page 10 of 59.

7. Upon information and belief, on February 21st, 2025, the fair market value of the Property may have been as much as **$506,000.00** after 8% costs of sale. A Comparative Market Analysis attached hereto as Exhibit A supports this valuation.

8. On Schedule C of her bankruptcy schedules (ECF No. 1), the Movant, claimed an exemption in the amount of $12,381.00, pursuant to 11 U.S.C. § 522(d)(5), with respect to her fifty percent (50%) interest in the Property.

9. The Debtor was entitled to claim, and could have claimed, an exemption of up to $27,900.00 in her one-half interest in the Property pursuant to 11 U.S.C. § 522(d)(1).

10. The Debtor's fifty percent (50%) equity interest in the Property after deducting the consensual liens ($328,187.15 + $129,225.00) from the value of the Property as of February 21, 2025 ($506,000.00), equals $24,293.93 (50% of $48,587.85).

11. Therefore, the Lien Holders' judicial liens ($12,606.94) impair the Movant's available exemption for the Property ($27,900.00).

**WHEREFORE**, the Movant respectfully requests that the judgment liens of, Cavalry SPV I, LLC, Bristol Hospital, and LVNV Funding, LLC, as more fully referred to in Paragraph 5 of this Motion, be avoided pursuant to 11 U.S.C. Section 522(f), and for such other relief as is just and equitable.

The Movant,

Lizette Symes

/s/ANDREA M. O'CONNER
ANDREA M. O'CONNOR, ESQ. (CT 28594)
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
aoconnor@ssfpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. 25-20163 (JJT) |
| LIZETTE SYMES<br>Movant | :<br>: | CHAPTER 7 |
| v. | | |
| BRISTOL HOSPITAL<br>CAVALRY SPV I, LLC<br>LVNV FUNDING, LLC<br>Respondent | :<br>:<br>:<br>: | |
| BONNIE C. MANGAN<br>Chapter 7 Trustee | : | |

**ORDER PURSUANT TO 11 U.S.C. § 522(f) MOTION TO AVOID JUDICIAL LIEN**

After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure on the Debtor's Motion to Avoid Lien, (ECF No.__) (the "Motion"), and there being no objection thereto, and it having been represented that:

1. On the date of the commencement of this case, February 21, 2025, the fair market value of the real property located at 16 Crystal Brook Road, Wolcott, CT 06716 (the "Property"), was $506,000.00;
2. The Debtor is entitled to and could claim, *see* 11 U.S.C. §522(d)(1) an exemption with respect to the Property under 11 U.S.C. §522(d)(1) in the amount of $27,900.00.
3. The encumbrances against the Property are as summarized in the Motion.

It is hereby ORDERED that the Motion is GRANTED insofar as the fixing of the following judicial liens on the Debtor's interest in the Property is avoided pursuant to 11 U.S.C. § 522(f):

A. First encumbrance:
  i. Cavalry SPV I, LLC
  ii. Judgment Lien

iii. Recording Information
   a. Volume: 559
   b. Page: 570
   c. Wolcott Land Records

iv. Amount of encumbrance: $7,461.05 in principal and interest as of Petition Date.

B. Second Encumbrance:
   i. Bristol Hospital
   ii. Judgment Lien
   iii. Recording Information
      a. Volume: 560
      b. Page: 239
      c. Wolcott Land Records
   iv. Amount of encumbrance: $943.30 in principal and interest as of Petition Date.

C. Third Encumbrance
   i. LVNV Funding, LLC
   ii. Judgment Lien
   iii. Recording Information
      a. Volume:566
      b. Page: 33
      c. Wolcott Land Records
   iv. Amount of encumbrance: $4,202.00 in principal and interest as of Petition Date.

It is further ORDERED that should this bankruptcy case be dismissed, any and all liens avoided by this Order shall be reinstated under 11 U.S.C. § 349 without further order of this Court.

# Market Analysis Summary

EXHIBIT A

## Recently Sold

### Comparables

| MLS# | Address | Subj. Dist. | Status | List Price | Close Price | Beds | Baths | $/OLP | $/Sqft | LP%Asmt | SP%Asmt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24011346 | 168 Garrigus CT | N/A | Closed | $465,000 | $500,500 | 3 | 2/1 | 8% ↑ | 156.78 | 208% | 224% |
| 24027466 | 1255 Woodtick RD | N/A | Closed | $565,000 | $520,000 | 5 | 3/0 | 8% ↓ | 184.58 | 225% | 206% |
| 24040080 | 19 Ridgecrest DR | N/A | Closed | $539,000 | $570,000 | 5 | 3/0 | 6% ↑ | 244.11 | 175% | 186% |
| 24047298 | 24 Grilley RD | N/A | Closed | $535,000 | $545,000 | 3 | 2/1 | 2% ↑ | 249.65 | 225% | 229% |
| 24066714 | 54 Andrews RD | N/A | Closed | $550,000 | $550,000 | 3 | 3/0 | 0% - | 254.39 | 250% | 250% |
| 24083546 | 276 Beach RD | N/A | Closed | $559,000 | $550,000 | 3 | 3/0 | 2% ↓ | 225.4 | | |

### Statistics

Total Properties: 6

| | List Price | Close Price | DOM |
|---|---|---|---|
| Minimum | $465,000 | $500,500 | 5 |
| Maximum | $565,000 | $570,000 | 37 |
| Average | $535,500 | $539,250 | 18 |

Sold properties closed averaging 100.7% of their Final List Price (FLP).
This reflects a 0.7% difference between property sale prices and their FLP's.

# Comparables

| | Subject Property | Comp #1 | Adjustment | Comp #2 | Adjustment | Comp #3 | Adjustment |
|---|---|---|---|---|---|---|---|
| |  |  | |  | |  | |
| Address: | 16 Crystal Brook RD Wolcott, Connecticut 06716 | 168 Garrigus CT Wolcott, CT 06716 | | 1255 Woodtick RD Wolcott, CT 06716 | | 19 Ridgecrest DR Wolcott, CT 06716 | |
| MLS Number: | | 24011346 | | 24027466 | | 24040080 | |
| Status: | | Closed | | Closed | | Closed | |
| Property Subtype: | | | | | | | |
| Street Number: | 16 | 168 | | 1255 | | 19 | |
| Street Dir Prefix: | | | | | | | |
| Street Name: | Crystal Brook | Garrigus | | Woodtick | | Ridgecrest | |
| Street Type: | Road | Court | | Road | | Drive | |
| Unit Number: | | | | | | | |
| County: | New Haven | New Haven | | New Haven | | New Haven | |
| List Price: | | $465, 000 | | $565, 000 | | $539, 000 | |
| Close Price: | | $500, 500 | | $520, 000 | | $570, 000 | |
| Close Date: | | 06/21/2024 | | 09/17/2024 | | 10/10/2024 | |
| CDOM: | | 5 | | 37 | | 6 | |
| Beds Total: | 3 | 3 | | 5 | $-20000 | 5 | $-20000 |
| Baths Full: | 2 | 2 | | 3 | $-5000 | 3 | $-5000 |
| Baths Half: | 1 | 1 | | 0 | $3000 | 0 | $3000 |
| Subdivision: | | | | | | | |
| Acres: | 0.92 | 0.69 | | 0.88 | | 0.70 | |
| Living Area SQFT Per Public Record: | 2510 | 1, 727 | $60000 | | $20000 | | |
| Style: | Ranch | Ranch | | Split Level | | Ranch | |
| Garage & Parking: | Paved, Attached Garage, Driveway | Carport, Attached Garage | | None | | Attached Garage | |
| Construction Description: | Frame | Frame | | Frame | | Frame, Concrete | |
| Year Built: | 2020 | 1992 | | 1989 | | 2006 | |
| Elementary School: | | Per Board of Ed | | Per Board of Ed | | Per Board of Ed | |
| Middle Jr High School: | | Tyrrell | | | | | |
| Intermediate School: | | | | | | | |
| High School: | | Wolcott | | Wolcott | | Per Board of Ed | |
| Notes: | | | | | | | |
| Total Adjustments: | | | $60000 | | $-2000 | | $-22000 |
| Adjusted Price: | | | $560500 | | $518000 | | $548000 |

# Comparables (continued)

| | Subject Property | Comp #4 | Adjustment | Comp #5 | Adjustment | Comp #6 | Adjustment |
|---|---|---|---|---|---|---|---|
| |  |  | |  | |  | |
| Address: | 16 Crystal Brook RD Wolcott, Connecticut 06716 | 24 Grilley RD Wolcott, CT 06716 | | 54 Andrews RD Wolcott, CT 06716 | | 278 Beach RD Wolcott, CT 06716 | |
| MLS Number: | | 24047298 | | 24056714 | | 24063546 | |
| Status: | | Closed | | Closed | | Closed | |
| Property Subtype: | | | | | | | |
| Street Number: | 16 | 24 | | 54 | | 278 | |
| Street Dir Prefix: | | | | | | | |
| Street Name: | Crystal Brook | Grilley | | Andrews | | Beach | |
| Street Type: | Road | Road | | Road | | Road | |
| Unit Number: | | | | | | | |
| County: | New Haven | New Haven | | New Haven | | New Haven | |
| List Price: | | $535, 000 | | $550, 000 | | $559, 000 | |
| Close Price: | | $545, 000 | | $550, 000 | | $550, 000 | |
| Close Date: | | 11/15/2024 | | 12/23/2024 | | 01/28/2025 | |
| CDOM: | | 18 | | 8 | | 19 | |
| Beds Total: | 3 | 3 | | 3 | | 3 | |
| Baths Full: | 2 | 2 | | 3 | $-5000 | 3 | $-5000 |
| Baths Half: | 1 | 1 | | 0 | $3000 | 0 | $3000 |
| Subdivision: | | | | | | | |
| Acres: | 0.92 | 0.93 | | 1.40 | | 0.72 | |
| Living Area SQFT Per Public Record: | 2510 | | | 1, 482 | | | |
| Style: | Ranch | Raised Ranch | | Raised Ranch | | Raised Ranch | |
| Garage & Parking: | Paved, Attached Garage, Driveway | Attached Garage | | Attached Garage | | Attached Garage | |
| Construction Description: | Frame | Frame | | Frame | | Frame | |
| Year Built: | 2020 | 2014 | | 2018 | | 2024 | |
| Elementary School: | | Per Board of Ed | | Per Board of Ed | | Wakelee | |
| Middle Jr High School: | | | | | | Tyrrell | |
| Intermediate School: | | | | | | | |
| High School: | | Wolcott | | Per Board of Ed | | Wolcott | |
| Notes: | | | | | | | |
| Total Adjustments: | | | $0 | | $-2000 | | $-2000 |
| Adjusted Price: | | | $545000 | | $548000 | | $548000 |




| Key | MLS Number | Status | Address | Beds Total | Baths Full | Baths Half | Price | Year Built |
|---|---|---|---|---|---|---|---|---|
| 1) | 24011346 | CLSD | 188 Garrigus CT | 3 | 2 | 1 | $500,500 | 1992 |
| 2) | 24027466 | CLSD | 1255 Woodtick RD | 5 | 3 | 0 | $520,000 | 1989 |
| 3) | 24040080 | CLSD | 19 Ridgecrest DR | 5 | 3 | 0 | $570,000 | 2006 |
| 4) | 24047298 | CLSD | 24 Grilley RD | 3 | 2 | 1 | $545,000 | 2014 |
| 5) | 24058714 | CLSD | 54 Andrews RD | 3 | 3 | 0 | $550,000 | 2018 |
| 6) | 24063546 | CLSD | 276 Beach RD | 3 | 3 | 0 | $550,000 | 2024 |

# Seller's Statement

16 Crystal Brook RD
Prepared For: Drew Symes
Suggested Marketing Price: $550,000

Town of Wolcott

Account Info last updated on Mar 18, 2025

0 BILL(S) - $0.00

Home Shopping Cart Checkout

*TAX BILLS* SEWER/WATER/MISC

## Taxpayer Name: SYMES DREW M &

| BILL # | TYPE | PAID DATE | TAX | INTEREST | LIEN | FEE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2021-01-0005855 | REAL ESTATE | 07/29/2022 | 4,630.94 | 0.00 | 0.00 | 0.00 | 4,630.94 |
| Total | | | 4,630.94 | 0.00 | 0.00 | 0.00 | 4,630.94 |
| 2021-01-0005855 | REAL ESTATE | 01/27/2023 | 4,630.94 | 0.00 | 0.00 | 0.00 | 4,630.94 |
| 2022-01-0005856 | REAL ESTATE | 07/27/2023 | 4,791.82 | 0.00 | 0.00 | 0.00 | 4,791.82 |
| Total | | | 9,422.76 | 0.00 | 0.00 | 0.00 | 9,422.76 |
| 2022-01-0005856 | REAL ESTATE | 01/25/2024 | 4,791.82 | 0.00 | 0.00 | 0.00 | 4,791.82 |
| 2023-01-0005853 | REAL ESTATE | 07/29/2024 | 4,972.24 | 0.00 | 0.00 | 0.00 | 4,972.24 |
| Total | | | 9,764.06 | 0.00 | 0.00 | 0.00 | 9,764.06 |
| 2023-01-0005853 | REAL ESTATE | 01/22/2025 | 4,972.24 | 0.00 | 0.00 | 0.00 | 4,972.24 |
| Total | | | 4,972.24 | 0.00 | 0.00 | 0.00 | 4,972.24 |
| Grand Total | | | 28,790.00 | 0.00 | 0.00 | 0.00 | 28,790.00 |

The information provided on this website is for information only, please consult your tax advisor, accountant or Internal Revenue Service to determine tax deductibility of payments.

Back To Search Result Print This Page

Disclaimer | Terms And Conditions | Privacy Policy | Contact

©2025
370059 visitors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | | |
| | : | CASE NO. 25-20163 (JJT) |
| LIZETTE SYMES | : | CHAPTER 7 |
| Movant | : | |
| v. | | |
| BRISTOL HOSPITAL | : | |
| CAVALRY SPV I, LLC | : | |
| LVNV FUNDING, LLC | : | |
| Respondent | : | |
| BONNIE C. MANGAN<br>Chapter 7 Trustee | : | August 31, 2026 |

**DECLARATION IN SUPPORT OF DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

I, Lizette Symes, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen (18) and understand the obligation of an oath and am competent to testify to the matter stated herein.

2. I am the Movant in the above-captioned Chapter 7 case, having filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on February 21, 2025.

3. Now and at the time of the filing of said Chapter 7 petition, an asset of mine and of this bankruptcy estate is my Fifty Percent (50%) interest in real estate located in the Town of Wolcott, County of Hartford, and State of Connecticut, which is located at 16 Crystal Brook Road, Wolcott, CT 06010 ("Property").

4. On the Petition Date and at all relevant times, the Property was occupied by me and/or my dependent, Drew Symes.

5. At the time of the filing of the original petition, the property was subject to the following encumbrances:

a. A Memorandum of Unison Homebuyer Agreement from Drew M. Symes and Lizette Symes to Unison Agreement Corp. in the original principal amount of $69,150.00 dated February 20, 2020 and recorded on February 24, 2020 in Volume 517 Page 163 of the Wolcott Land Records. Said Agreement was subordinated by instrument dated February 20, 2020 and recorded in Volume 517 at Page 169 of the Wolcott Land Records. Said Agreement was further subordinated to Valley National Bank by instrument dated February 20, 2020 and recorded on February 24, 2020 in Volume 517 at Page 179 of the Wolcott Land Records. Said Agreement was subsequently assigned by Unison Agreement Corp to Unison Midgrad Holdings, LLC by instrument dated August 3, 2023 and recorded in Volume 557 at Page 996 of the Wolcott Land Records. The amount of the secured claim of said Agreement as of February 21, 2025 was $129,225.00.

b. An Open-End Mortgage from Drew Mitchel Symes and Lizette Symes, to Valley National Bank ("VNB"), in the original principal amount of $368,800.00 dated February 21, 2020 and recorded on February 24, 2020 in Volume 517 at Page 151 of the Wolcott Land Records. The amount of the secured claim of said Open-End Mortgage as of February 21, 2025 was $328,187.15.

c. A Judgment against Lizette Symes and in favor of Cavalry SPV I, LLC in the original principal amount of $7,461.05 dated October 10, 2023 and recorded on October 16, 2023 in Volume 559 at Page 570 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025 was $7,461.05.

Docusign Envelope ID: 1A8EAB85-6955-84E3-83A1-589CFCCA55ED

d. A Judgment Lien against Lizette Symes and in favor of Bristol Hospital in the original principal amount of $943.30 dated November 8, 2023 and recorded on November 14, 2023, in Volume 560 at Page 239 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025, was $943.30.

e. A Judgment Lien against Lizette Symes and in favor of LVNV Funding, LLC in the original principal amount of $4,202.59 in costs dated July 24, 2024, and recorded on August 12, 2024 in Volume 566 at Page 33 of the Wolcott Land Records. The amount of said Judgment Lien as of February 21, 2025, was $4,202.59.

6. At the time of the filing of this case, the fair market value of the property was **$506,000.00** pursuant to a Comparative Market Analysis attached to the Motion as Exhibit A.

7. As of February 21, 2025, I was entitled to claim, and could have claimed, an exemption of $27,900.00 in my Fifty Percent (50%) interest in the property pursuant to 11 U.S.C. §522(d)(1).

Signed by:
Lizette Symes
F3BF014E1680471...
LIZETTE SYMES

Dated: 8/31/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | | |
| | : | CASE NO. 25-20163 (JJT) |
| LIZETTE SYMES | : | CHAPTER 7 |
| Movant | : | |
| v. | | |
| BRISTOL HOSPITAL | : | |
| CAVALRY SPV I, LLC | : | |
| LVNV FUNDING, LLC | : | |
| Respondent | : | |
| BONNIE C. MANGAN | : | August 31, 2026 |
| Chapter 7 Trustee | | |

**CERTIFICATE OF SERVICE**

In accordance with applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that, on the 8th day of September 2026, the following documents were served on the U.S. Trustee, Chapter 7 Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:

1. Motion to Avoid Judicial Lien
2. Exhibit A
3. Affidavit
4. Proposed Order
5. Notice of Contested Matter Response Date

2. Parties Served Via First Class Mail:

Mrs. Lizette Symes
57 Preston Avenue
Bristol, CT 06010
(Debtor)

LVNV FUNDING, LLC
Attn: Managing Member
P.O. Box 1269
Greenville, SC 29603

CAVALRY SPV I, LLC
Attn: Managing Member
1 American Lane, Suite 200
Greenwich, CT 06831

Tobin And Marohn
Attn: President/Managing Member
538 Preston Ave, Suite 270
Meriden, CT 06450
(Counsel for LVNV FUNDING, LLC)

SCHREIBER LAW, LLC
Attn: Managing Member
53 Stiles Road, Suite A102
Salem, NH 03079
(Counsel for CAVALRY SPV I, LLC)

Bristol Hospital
Attn: President
P.O. Box 977
Bristol, CT 06010-0977

The Opin Law Firm
Attn: President/Managing Member
PO Box 412
Milford, CT 06460
(Counsel for Bristol Hospital)

**SEE ALSO ATTACHED EXHIBIT A.**

Dated at South Windsor, Connecticut, this 8th day of September, 2026.

/s/ Andrea M. O'Connor
Attorney Andrea M. O'Connor

EXHIBIT "A"

Label Matrix for local noticing
0205-2
Case 25-20163
District of Connecticut
Hartford
Mon Aug 31 14:33:58 EDT 2026

Hartford
450 Main Street
7th Floor
Hartford, CT 06103-3022

Ally Credit
ATTN: President
PO BOX 9222
Old Bethpage, NY 11804-9222

Ally Financial
ATTN: President
P.O. Box 380901
Minneapolis, MN 55438-0901

Atty. General of the U.S.
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Bank of America
ATTN: President
201 N. Tryon Street
Charlotte, NC 28255-0001

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bristol Hospital
ATTN: President
41 Brewster Road
Bristol, CT 06010-5141

COMENITYCAPITALBANK/BJS
Attn: President
3095 LOYALTY CIRCLE,BUILDING A
Columbus, OH 43219-3673

COMENITYCAPITALBANK/VENUS
Attn: President
3095 LOYALTY CIRCLE,BUILDING A
Columbus, OH 43219-3673

COMENITYCAPITALBANK/Wayfair
Attn: President
3095 LOYALTY CIRCLE,BUILDING A
Columbus, OH 43219-3673

Capital One Bank USA, N.A.
ATTN: President
P.O. Box 31293
Salt Lake City, UT 84131-0293

Cavalry Portfolio Services
ATTN: Bankruptcy Dept.
1 AMERICAN LANE
Suite 220
Greenwich, CT 06831-2563

Cavalry SPV I, LLC
ATTN: President
1 American Lane
Suite 200
Greenwich, CT 06831-2563

Credit One Bank
ATTN: President
P.O. Box 98872
Las Vegas, NV 89193-8872

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

District Counsel for the IRS
Commerce Center One
3333 East River Dr., Suite 200
Hartford, CT 06106

Drew M. Symes
16 Crystal Brook Road
Wolcott, CT 06716-1343

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Eric H. Opin, Esq.
266 Broad Street
P.O. Box 412
Milford, CT 06460-0412

FIRSTMARK /OLYMPIC STUDENT LOA
Attn: President
121 SOUTH 13TH STREET
Lincoln, NE 68508-1904

(p)FIRSTMARK SERVICES
121 S 13TH STREET STE 201
LINCOLN NE 68508-1911

John A. Lepito, Jr.
State Marshal
69 Walnut Street
P.O. Box 305
New Britain, CT 06050-0305

Kohl's
ATTN: President
P.O. Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
ATTN: Bankruptcy
P.O. Box 10497
Greenville, SC 29603-0497

LVNV Funding, LLC
ATTN: Bankruptcy
P.O. Box 1269
Greenville, SC 29602-1269

Patrick J. Fitzgerald, III, Es
Girvin & Ferlazzo, P.C.
20 Corporate Woods Blvd.
Albany, NY 12211-2396

Schrieber Law, LLC
53 Stiles Road
Suite A102
Salem, NH 03079-2890

Tobin & Marohn
538 Preston Avenue
Suite 270
Meriden, CT 06450-4851

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022

(p)UNISON
4 EMBARCADERO CENTER SUITE 710
SAN FRANCISCO CA 94111-4172

Unison Midguard Holdings, LLC
ATTN: President
650 California Street
Suite 1800
San Francisco, CA 94108-2722

(p)UNITED STATES ATTORNEY S OFFICE
DISTRICT OF CONNECTICUT
ATTN CIVIL PROCESS CLERK
CONNECTICUT FINANCIAL CENTER
157 CHURCH STREET
NEW HAVEN CT 06510-2100

Valley National Bank
ATTN: President
1460 Valley Road
Wayne, NJ 07470-8494

Webbank/Avant
ATTN: President
222 W MERHANDISE MART PLAZA
Suite 900
Chicago, IL 60654-1105

(p)ANDREA M O CONNOR
FITZGERALD ATTORNEYS AT LAW P C
46 CENTER SQUARE
EAST LONGMEADOW MA 01028-2447

Bonnie C. Mangan
Law Office of Bonnie C. Mangan
1050 Sullivan Avenue
Suite A3
South Windsor, CT 06074-2043

Douglas J. Lewis
Evans & Lewis
93 Greenwood Avenue
Bethel, CT 06801-2536

Lizette Symes
57 Preston Street
Bristol, CT 06010-6649

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
ATTN: President
P.O. Box 15019
Wilmington, DE 19886-5019

Elan Financial
CB Disputes
ATTN: President
P.O. Box 108
Saint Louis, MO 63166

Firstmark Serviced Trust
Attn: President
121 SOUTH 13TH STREET
Lincoln, NE 68508

Unison Agreement Corp.
ATTN: President
650 California Street
Suite 1800
San Francisco, CA 94108

United States Attorney
ATTN: Civil Process Clerk
157 Church Street, 25th Fl.
New Haven, CT 06510

Andrea M. O'Connor
Shatz, Schwartz & Fentin, P.C.
1441 Main Street
11th Floor
Springfield, MA 01103

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 38 |
| Bypassed recipients | 0 |
| Total | 38 |